UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-296-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RONTA TYSHOAN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of the Defendant, Ronta Brown, and for good cause shown, it is hereby ORDERED that Defendant's Sentencing Memorandum be filed under seal, and remain so sealed until further ordered by the Court.

So ORDERED, this **23** day of January, 2017.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE