IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-296-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RONTA TYSHOAN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

On June 10, 2021, Ronta Tyshoan Brown moved for early termination of supervised. See [D.E. 78]. The United States shall file a response not later than October 8, 2021,

SO ORDERED. This 21 day of September, 2021.

JAMES C. DEVER III
United States District Judge