IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-296-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RONTA TYSHOAN BROWN, | ) | |
| Defendant. | ) | |

Ronta Tyshoan Brown ("Brown" or "defendant"), appearing pro se, filed a motion for a copies of the docket, indictments, warrant, docket sheet, plea agreement, criminal complaint, information, arrest warrant or summons, letter of certificate of concurrence, and affidavit of probable cause hearing. See [D.E. 75]. Counsel represented defendant on his appeal. Defendant may consult with his counsel about the documents that his counsel received concerning his case. To the extent his letter could be construed as a motion to obtain the document without charge, the motion is denied.

On June 10, 2021, Brown filed a pro se motion for early termination of supervised release [D.E. 78]. On October 8, 2021, the government responded in opposition [D.E. 81].

The court agrees with the government. Brown's motion for early termination [D.E. 78] is denied.

In sum, defendant's motion for copies [D.E.75] and motion for early termination of supervised release [D.E. 78] are DENIED.

SO ORDERED. This 22 day of October, 2021.

JAMES C. DEVER III
United States District Judge